UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MORLEY, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01076-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 16) |

On May 8, 2020, Defendants filed an *ex parte* application for a 60-day extension of time to respond to Plaintiff's complaint. (Doc. 16.) The deadline was May 11, 2020. (*See* Docs. 10, 12, 14.) Defense counsel declares that CDCR has placed restrictions on inmate and staff movement in response to the COVID-19 pandemic, which has impacted her ability to communicate with her clients. (Doc. 16 at 5-6.) In addition, counsel declares that her current workload in other cases, including a motion for summary judgment in one matter and trial preparation in another, has contributed to her need for an extension of time. (*Id.* at 6.)

///

///

///

Good cause appearing, the Court GRANTS Defendants' request. Defendants shall respond to Plaintiff's complaint by July 10, 2020. The Court will not grant any further *ex parte* application(s) for extension of time to file a responsive pleading. *See* Local Rule 144(c).

IT IS SO ORDERED.

Dated:   **May 12, 2020**                              /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE