UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>                Plaintiff,<br><br>        v.<br><br>J. MORLEY, et al.,<br><br>                Defendants. | Case No. 1:19-cv-01076-SKO (PC)<br><br>**ORDER GRANTING DEFENDANT STEWART'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME**<br><br>(Doc. 21) |

Defendant Stewart requests an extension of time to respond to Plaintiff's complaint. (Doc. 21.) Upon consideration of Defendant's *ex parte* application, including defense counsel's supporting declaration, the Court finds good cause to grant the request.

Accordingly, the Court ORDERS:

1. Defendant's *ex parte* application is GRANTED; and,
2. Defendant Stewart shall respond to Plaintiff's complaint by August 21, 2020.[1]

IT IS SO ORDERED.

Dated:   **August 7, 2020**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] As defense counsel notes (Doc. 21 at 5), the Court has not yet ruled on the remaining defendants' motion for an extension of time (Doc. 19). If the Court grants their motion, it will set their responsive pleading deadline on the same date as Defendant Stewarts' deadline.