UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>             Plaintiff,<br><br>    v.<br><br>J. MORLEY, et al.,<br><br>             Defendants. | Case No. 1:19-cv-01076-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 19) |

On July 9, 2020, Defendants Banuelos, Brown, Hammonds, Morley, Villalobos, and Whitson filed a second *ex parte* application for an extension of time to respond to Plaintiff's complaint. (Doc. 19.) On July 13, 2020, the Court construed the application as a motion and granted Plaintiff 21 days to file an opposition or a statement of non-opposition. (Doc. 20.) Plaintiff has not filed a response and the time to do so has passed.

Good cause appearing, the Court grants Defendants an extension of time *nunc pro tunc*, until August 21, 2020, to respond to Plaintiff's complaint.[1]

IT IS SO ORDERED.

Dated:    **August 14, 2020**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that Defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on August 10, 2020, which is currently pending before the Court. (Doc. 23.)