UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MORLEY, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01076-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>(Doc. 30) |

Defendants apply *ex parte* for an extension of time to reply to Plaintiff's opposition[1] to Defendants' Partial Motion to Dismiss the Complaint, pursuant to Federal Rule of Civil Procedure 6(b). (Doc. 30.) Upon consideration of Defendants' application, including defense counsel's supporting declaration, the Court finds good cause to grant Defendants' request.

Accordingly, the Court ORDERS:

1. Defendants' *ex parte* application for an extension of time is GRANTED; and,
2. Defendants shall file a reply to Plaintiff's opposition to Defendants' Partial Motion to Dismiss the Complaint by November 13, 2020.

IT IS SO ORDERED.

Dated:   **October 30, 2020**              /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] On October 23, 2020, Plaintiff filed a document tiled "Responding to Defendants … request." (Doc. 29.) The Court construes the filing as an opposition to Defendants' Partial Motion to Dismiss the Complaint.