UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. MORLEY, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01076-NONE-SKO (PC)<br><br>**ORDER FOR CLARIFICATION**<br><br>21-DAY DEADLINE |

On January 27, 2021, the undersigned issued findings and recommendations to grant Defendants' motion to partially dismiss the complaint. (Doc. 34.) On March 26, 2021, District Judge Dale A. Drozd adopted the findings and recommendations, dismissing, with leave to amend, Plaintiff's claims of excessive force and failure to intercede against Defendants Hammonds and Whitson. (Doc. 37.)

On March 26, 2021, the Court directed Plaintiff to file a first amended complaint curing the deficiencies in his pleading or a notice that he wishes to proceed only on the claims previously found cognizable, i.e., claims of excessive force and/or failure to intercede against Defendants Banuelos, Morley, and Villalobos and claims of deliberate indifference to serious medical needs against Defendants Brown and Stewart. (Doc. 38.)

On April 19, 2021, Plaintiff filed a first amended complaint. (Doc. 41.) However, on April 26, 2021, Plaintiff filed a notice that he "wish[es] to not file a first amended complaint and

instead wish[es] to . . . proceed" on the claims previously found cognizable, identified above. (Doc. 42.) Thus, Plaintiff has filed conflicting documents.

Accordingly, the Court DIRECTS Plaintiff to file a notice indicating (1) whether he wishes to proceed on his first amended complaint **or** (2) whether he instead wishes to withdraw his first amended complaint and proceed only on the claims of excessive force and/or failure to intercede against Defendants Banuelos, Morley, and Villalobos, and the claims of deliberate indifference to serious medical needs against Defendants Brown and Stewart, in his original complaint. Plaintiff shall have **21 days** from the date of service of this order to file the notice.

IT IS SO ORDERED.

Dated: **April 27, 2021**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE