UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MORLEY, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01076-NONE-SKO (PC)<br><br>**ORDER WITHDRAWING FIRST AMENDED COMPLAINT**<br><br>(Doc. 41)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CLAIMS AND DEFENDANTS**<br><br>(Doc. 1)<br><br>14-DAY DEADLINE |

On January 27, 2021, the undersigned issued findings and recommendations, recommending that Defendants' motion to partially dismiss the complaint (Doc. 23) be granted. (Doc. 34.) On March 26, 2021, District Judge Dale A. Drozd adopted the findings and recommendations in full, dismissing the claims against Defendants Hammonds and Whitson with leave to amend. (Doc. 37.)

On April 19, 2021, Plaintiff filed a first amended complaint. (Doc. 41.) However, on April 26, 2021, Plaintiff filed a notice that he wishes to proceed only on the claims of excessive force and/or failure to intercede against Defendants Morley, Villalobos, Banuelos, and Brown, and on the claims of deliberate indifference against Defendants Brown and Stewart. (Doc. 42.)

///

Therefore, the Court issued an order on April 27, 2021, directing Plaintiff to clarify whether he wants to proceed on his first amended complaint, or whether he instead wishes to proceed on his original complaint, subject to the prior dismissal of the claims against Defendants Hammonds and Whitson. (Doc. 43.) On May 6, 2021, Plaintiff filed a response to the order, in which he states that he "wish[es] to withdraw [his] first amended complaint [a]nd proceed only on the claims of excessive force and/or failure to intercede against Defendants Banuelos, Morley, Villalobos, Brown, and claims of deliberate indifference . . . against Defendants Brown and Stewart in [his] original complaint." (Doc. 44.)

Accordingly, Plaintiff's first amended complaint (Doc. 41) is WITHDRAWN; and, the Court RECOMMENDS that:

1. Defendants Hammonds and Whitson and the claims against them be DISMISSED without leave to amend; and,

2. This case proceed on Plaintiff's original complaint for claims of excessive force and/or failure to intercede against Defendants Morley, Villalobos, Banuelos, and Brown, and for claims of deliberate indifference to serious medical needs against Defendants Brown and Stewart, pursuant to 42 U.S.C. § 1983.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). <u>Within 14 days</u> of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **May 10, 2021**              /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE