|   |   |
|---|---|
| JEREMY DELPHIN,<br><br>  Plaintiff,<br><br>  v.<br><br>J. MORLEY, et al.,<br><br>  Defendants. | No. 1:19-cv-01076-NONE-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANTS HAMMONDS AND WHITSON<br><br>(Doc. No. 45) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Jeremy Delphin is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 26, 2021, the court granted defendants' motion to dismiss the complaint with respect to Defendants Hammonds and Whitson with leave to amend.  (Doc. No. 37.)  On April 26, 2021, plaintiff filed a notice that he wishes to proceed only on the remaining claims of deliberate indifference against Defendants Brown and Stewart and of excessive force or failure to intercede against Defendants Morley, Villalobos, Banuelos, and Brown.  (Doc. No. 42.)  On May 6, 2021, in response to an order seeking clarification from the magistrate judge (Doc. No. 43), plaintiff filed a second notice that he wishes to proceed only on these claims from his original complaint.  (Doc. No. 44.)

///

Therefore, on May 10, 2021, the assigned magistrate judge issued findings and recommendations, recommending that Defendants Hammonds and Whitson be dismissed without leave to amend, and that this case proceed on plaintiff's original complaint for claims of excessive force or failure to intercede against Defendants Morley, Villalobos, Banuelos, and Brown, and for claims of deliberate indifference to serious medical needs against Defendants Brown and Stewart.  (Doc. No. 45.)  The findings and recommendations were served on plaintiff and provided him 14 days to file objections thereto.  (*Id.* at 2.)  Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 10, 2021 (Doc. No. 45) are adopted in full;
2. Defendants Hammonds and Whitson and the claims against them are dismissed without leave to amend;
3. This case shall proceed on plaintiff's original complaint for claims of excessive force and/or failure to intercede against Defendants Morley, Villalobos, Banuelos, and Brown, and for claims of deliberate indifference to serious medical needs against Defendants Brown and Stewart, pursuant to 42 U.S.C. § 1983; and,
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **July 30, 2021**                              
UNITED STATES DISTRICT JUDGE