UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>              Plaintiff,<br><br>      v.<br><br>J. MORLEY, et al.,<br><br>              Defendants. | Case No. 1:19-cv-01076-NONE-SKO (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>30-DAY DEADLINE |

On May 10, 2021, the undersigned issued findings and recommendations to dismiss Defendants Hammonds and Whitson without leave to amend. (Doc. 45.) The undersigned further recommended that this case proceed on Plaintiff's original complaint for claims of excessive force and/or failure to intercede against Defendants Morley, Villalobos, Banuelos, and Brown, and for claims of deliberate indifference to serious medical needs against Defendants Brown and Stewart, pursuant to 42 U.S.C. § 1983. (*Id.* at 2.) On August 2, 2021, District Judge Dale A. Drozd adopted the findings and recommendations in full. (Doc. 46.)

Accordingly, within 30 days, the remaining defendants SHALL file a responsive pleading to the complaint, addressing only the remaining, operative claims.

IT IS SO ORDERED.

Dated:  **August 2, 2021**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE