UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MORLEY, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01076-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME**<br><br>(Doc. 48) |

　　　　Defendants apply *ex parte* for an extension of time to file an answer to Plaintiff's complaint. (Doc. 48.) Upon consideration of Defendants' application, including defense counsel's supporting declaration, the Court finds good cause to grant the request.

　　　　Accordingly, the Court ORDERS:

1. Defendants' *ex parte* application is GRANTED; and,
2. Defendants shall file a responsive pleading to Plaintiff's complaint by October 1, 2021.

IT IS SO ORDERED.

Dated: __**August 31, 2021**__　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE