1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEREMY DELPHIN,                          No. 1:19-cv-01076-JLT-SKO (PC)

12                  Plaintiff,                **ORDER ADOPTING FINDINGS AND**
                                              **RECOMMENDATIONS AND DENYING**
13          v.                                **MOTION FOR PRELIMINARY**
                                              **INJUNCTION**
14   J. MORLEY, et al.,

15                  Defendants.               (Doc. Nos. 51, 53)

16

17          On December 2, 2021, the assigned magistrate judge filed findings and recommendations,

18   recommending that Plaintiff's motion for a preliminary injunction (Doc. No. 51) be denied.

19   (Doc. No. 53.)  The magistrate judge found the Court lacks personal jurisdiction over the entities

20   or individuals against whom Plaintiff seeks an injunction, and that the claims in his motion are

21   unrelated to the claims at issue in this case.  (*Id.* at 2-3.)  The findings and recommendations were

22   served on Plaintiff and provided him 21 days to file objections thereto.  (*Id.* at 3.)

23          After receiving an extension of time (Doc. No. 55), Plaintiff filed objections on January 7,

24   2022.  (Doc. No. 56.)  Plaintiff reiterates and elaborates on the claims raised in his motion, but he

25   does not meaningfully dispute that these claims are unrelated to those at issue in this case.  (*See*

26   *generally id.*)

27          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

28   *de novo* review of this case.  Having carefully reviewed the file, including Plaintiff's objections,

1   the Court finds the findings and recommendations to be supported by the record and proper

2   analysis.  The claims in Plaintiff's motion stem from events at Kern Valley State Prison, whereas

3   the claims at issue in this case stem from events at California Correctional Institution.  (*Compare*

4   Doc. No. 1 *with* Doc. Nos. 51, 56.)  In other words, the the claims raised in the motion were not

5   raised in the complaint.  "Because the Court only has jurisdiction over the operative claims in the

6   [c]omplaint," the Court lacks the authority to provide the injunctive relief that Plaintiff seeks.

7   *Smith v. Rios*, No. 1:10-cv-1554-AWI-MJS, 2010 WL 4603959, at *2 (E.D. Cal. 2010) (citations

8   omitted).  Accordingly, the Court ORDERS:

9       1.      The findings and recommendations issued on December 2, 2021 (Doc. No. 53) are

10              ADOPTED in full;

11      2.      Plaintiff's motion for a preliminary injunction (Doc. No. 51) is DENIED; and,

12      3.      This matter is referred back to the assigned magistrate judge for further

13              proceedings.

14

15   IT IS SO ORDERED.

16      Dated:   **January 14, 2022**

        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28