UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MORLEY, et al.,<br><br>        Defendants. | Case No.  1:19-cv-01076-JLT-SKO (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO FILE A STATUS REPORT IN 30 DAYS AND ORDER DIRECTING CLERK OF THE COURT TO UPDATE ADDRESS TO PLAINTIFF'S CURRENT FACILITY** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

**I.      RELEVANT BACKGROUND**

On March 28, 2022, the Court issued its Order Scheduling Settlement Conference for May 16, 2022, before Magistrate Judge Erica P. Grosjean. (Doc. 65.)

On April 6, 2022, an Order and Writ of Habeas Corpus ad Testificandum issued for Plaintiff's appearance at the settlement conference of May 16, 2022, via Zoom Video Conference. (Doc. 66.)

On May 5, 2022, Plaintiff filed a document titled "Agreement to Participate in a Writ of Habeas Corpus ad Testificandum." (Doc. 67.)

On May 6, 2022, Defendants filed notice of submission of their confidential settlement conference statement in anticipation of the settlement conference. (Doc. 68.)

On May 11, 2022, Magistrate Judge Grosjean received notification of Plaintiff's unavailability to participate in the settlement conference of May 16, 2022. Judge Grosjean vacated the settlement conference and the previously issued writ. (Doc. 70 (minute order).)

## II.     DISCUSSION AND ORDER

The Court has been advised that Plaintiff was transferred from the California Correctional Institution[1] (CCI) to the California Health Care Facility (CHCF) on May 11, 2022, for mental health treatment. Based on the California Department of Corrections and Rehabilitation's Public Inmate Locator System, Plaintiff is currently housed at CHCF.[2] It is not known when Plaintiff will be returned to CCI from CHCF.

Because the parties previously indicated a desire to participate in an early settlement conference, and Plaintiff very recently reaffirmed his willingness to participate, the Court intends to reset the settlement conference when appropriate.

Accordingly, **IT IS ORDERED** that:

1. Within 30 days of the date of this Order, Defendants shall file a status report updating the Court on Plaintiff's availability to participate in a settlement conference; and
2. The Clerk of the Court is directed to update Plaintiff's address to reflect his current place of incarceration as the California Health Care Facility.

IT IS SO ORDERED.

Dated:   **May 16, 2022**             /s/ *Sheila K. Oberto*
                                                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's docket currently reflects that Plaintiff is incarcerated at Kern Valley State Prison. (*See* Doc. 54.)

[2] The Court may take judicial notice of public information stored on the CDCR inmate locator website. *See In re Yahoo Mail Litig.*, 7 F.Supp.3d 1016, 1024 (N.D. Cal. 2014) (court may take judicial notice of information on "publicly accessible websites" not subject to reasonable dispute*); Louis v. McCormick & Schmick Restaurant Corp.*, 460 F.Supp.2d 1153, 1155 fn.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records).