UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MORLEY, et al.,<br><br>　　　　　Defendants. | Case No.  1:19-cv-01076-JLT-SKO (PC)<br><br>**ORDER GRANTING DEEFENDANTS' EX PARTE APPLICATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 84) |

　　　　Plaintiff Jeremy Delphin is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On July 14, 2022, the Court issued its Discovery and Scheduling Order, setting forth deadlines for the completion of discovery and filing of motions. (Doc. 81.)

　　　　On October 3, 2022, Defendants filed an *Ex Parte* Application to Modify the Discovery and Scheduling Order. (Doc. 84.)  Defendants seek a 45-day extension for all deadlines set forth in the scheduling order due to difficulties in securing a date for Plaintiff's deposition and defense counsel's "significant press of other business" and caseload, including trial of another matter set to commence October 4, 2022, before District Judge Anthony W. Ishii in this Court. (*Id*. at 4, 6.)

　　　　Good cause appearing, **IT IS HEREBY ORDERED** that the Discovery and Scheduling Order be **modified** as follows:

　　　　1.　The deadline for filing motions challenging the exhaustion of administrative remedies

is **November 28, 2022**;

2. The deadline for amending the pleadings is **December 26, 2022**;

3. The deadline for the completion of all discovery, including filing motions to compel is **January 30, 2023**; and

4. The deadline for filing pre-trial dispositive motions is **March 30, 2023**.

**No further extensions of time will be entertained absent a showing of good cause. Any request for an extension of time for any deadline set forth above must be filed at least two weeks prior to expiration of the deadline**.

IT IS SO ORDERED.

Dated:   **October 4, 2022**                          /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE