UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>             Plaintiff,<br><br>     v.<br><br>J. MORLEY, et al.,<br><br>             Defendants. | Case No.  1:19-cv-01076-JLT-SKO (PC)<br><br>**ORDER GRANTING DEEFENDANTS' SECOND EX PARTE APPLICATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 86) |

Plaintiff Jeremy Delphin is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 14, 2022, the Court issued its Discovery and Scheduling Order, setting forth deadlines for the completion of discovery and the filing of various motions. (Doc. 81.)

On October 3, 2022, the Court granted Defendants' first ex parte application to modify all discovery and pre-trial filing deadlines by 45 days. (Doc. 85.)

On November 15, 2022, Defendants filed a second ex parte application to modify the discovery and scheduling order. (Doc. 86.) The application is supported by the declaration of defense counsel Kandice H. Jung. (*Id*. at 6-7.) Defendants seek an extension of 60 days for all deadlines detailed in the scheduling order, citing to staffing shortages at Plaintiff's institution. (*Id*. at 1.) Specifically, Plaintiff's deposition had been arranged for November 7, 2022. (*Id*. at 6, ¶ 3.)

Nevertheless, after waiting more than one hour after the time set for the deposition, defense counsel was advised Plaintiff would not be attending his scheduled deposition due to unexpected staffing shortages. (*Id*. at 6, ¶ 4.) Defense counsel has now cleared the date of December 14, 2022 for Plaintiff's deposition with the institution's new litigation coordinator. (*Id*. at 6, ¶ 5.) Defense counsel believes a 60-day extension of all deadlines will accommodate any staffing shortages incurred by the institution moving forward; counsel has been informed shortages could occur again and that she "will likely be given notice of the institution's unexpected unavailability by the date before the deposition, at the earliest." (*Id*. at 6, ¶ 7.) Defense counsel participated in a telephone conference with Plaintiff on November 15, 2022; Plaintiff does not object to the instant request of a 60-day extension of all deadlines. (*Id.* at 7, ¶ 9.)

Good cause appearing, **IT IS HEREBY ORDERED** that the Discovery and Scheduling Order be **modified** as follows:

1. The deadline for filing motions challenging the exhaustion of administrative remedies is extended from November 28, 2022 **to January 27, 2023**;
2. The deadline for amending the pleadings is extended from December 26, 2022 **to February 24, 2023**;
3. The deadline for the completion of all discovery, including filing motions to compel is extended from January 30, 2023 **to March 31, 2023**; and
4. The deadline for filing pre-trial dispositive motions is extended from March 30, 2023 **to May 29, 2023**.

**No further extensions of time will be entertained absent a showing of good cause. Any request for an extension of time for any deadline set forth above must be filed at least two weeks prior to expiration of the deadline**.

IT IS SO ORDERED.

Dated:   **November 16, 2022**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

2