UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MORLEY, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-01076-SKO (PC)<br><br>**ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF TIME**<br><br>(Doc. 104) |

　　　　Plaintiff Jeremy Delphin is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On March 13, 2023, Defendants filed a motion for summary judgment. (Doc. 96.)

　　　　On April 12, 2023, the Court issued its Second Informational Order — Notice and Warning of Requirements for Opposing Defendants' Summary Judgment Motion. (Doc. 103.) The Court found Defendants' *Rand*[1] Warning to Plaintiff to be insufficient, provided Plaintiff the appropriate warnings, and extended the deadline within which Plaintiff could oppose Defendants' summary judgment motion. (*Id*.)

　　　　On April 28, 2023, Plaintiff filed a document titled "Change of Address and a Ex Parte Application." (Doc. 104.) Plaintiff asks the Court for a 30-day extension. (*Id*. at 1-2.) While

---

[1] *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998).

Plaintiff does not state why he needs the extension of time, the Court's docket indicates that Plaintiff's request pertains to Defendants' pending summary judgment motion. Plaintiff states he is not in possession of his legal property following an ad-seg placement, is "overwhelmed" with the demands of this case and others, and finds it "hard to understand" the case without a law degree. (*Id.*)

Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff **SHALL** file an opposition, or statement of non-opposition to Defendants' summary judgment motion no later than **Monday, June 5, 2023**.

IT IS SO ORDERED.

Dated:   **May 4, 2023**                                        /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE