UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MORLEY, et al.,<br><br>        Defendants. | Case No.  1:19-cv-01076-SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 111) |

Plaintiff Jeremy Delphin is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

**I.      INTRODUCTION**

On June 6, 2023, Defendants filed a Motion to Modify the Discovery and Scheduling Order. (Doc. 111.) Defendants ask the Court to vacate the dispositive motion deadline—currently set for July 13, 2023—pending resolution of their motion for summary judgment based upon a failure to exhaust administrative remedies.[1] (*Id.* at 3-4.) Defendants contend good cause exists to vacate the dispositive motion deadline because they have exercised due diligence in bringing the exhaustion motion and the instant motion. (*Id.* at 4.) Defendants also assert vacating the dispositive motion deadline will avoid the expenditure of resources by the parties who would

---

[1] Defendants filed their reply to Plaintiff's opposition on May 30, 2023; therefore, the motion is deemed submitted and will be decided in due course.

otherwise be required to prepare and file potentially unnecessary motions concerning the merits of the case. (*Id.*) Defendants ask the Court to reset the dispositive motion deadline in the event their motion for summary judgment for a failure to exhaust administrative remedies is denied. (*Id.* at 5.)

## II.     CONCLUSION AND ORDER

Good cause appearing, Defendants' motion to modify the discovery and scheduling order (Doc. 111) is **GRANTED**. Accordingly, the July 13, 2023, deadline for the filing of pretrial dispositive motions is hereby **VACATED**. The deadline will be reset following resolution of Defendants' pending motion for summary judgment concerning exhaustion, if appropriate.

IT IS SO ORDERED.

Dated:   **June 7, 2023**                           /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE