UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY DELPHIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. MORLEY, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-01076-SKO (PC)<br><br>**ORDER STRIKING PLAINTIFF'S REBUTTALS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS IMPROPER SURREPLIES**<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR AN EVIDENTIARY HEARING WITHOUT PREJUDICE**<br><br>(Docs. 114 & 115) |

　　　Plaintiff Jeremy Delphin is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's original complaint for claims of excessive force and/or failure to intercede against Defendants Morley, Villalobos, Banuelos and Brown, and for claims of deliberate indifference to serious medical needs against Defendants Brown and Stewart.

**I.　　INTRODUCTION**

　　　On March 13, 2023, Defendants filed a motion for summary judgment, alleging Plaintiff has failed to exhaust his administrative remedies. (Doc. 96.) Plaintiff's opposition was filed on May 18, 2023 (Doc. 108), and Defendants' reply was filed May 30, 2023 (Doc. 109). The motion

is fully briefed and pending decision before the Court.

On June 12, 2023, Plaintiff submitted a document titled "Opposition to Summary judgment and request for Evidentiary Hearing." (Doc. 114.) On June 22, 2023, Plaintiff submitted a document titled "Reply to Defendants Support of Motion for Summary Judgment and request for more Evidentiary Hearing." (Doc. 115.)

## II.     DISCUSSION

Defendants' motion for summary judgment was fully briefed with the filing of Defendants' reply on May 30, 2023. *See* Local Rule 230(*l*) ("All such motions will be deemed submitted when the time to reply has expired"). The Court construes Plaintiff's subsequent filings or rebuttals of June 12, 2023, and June 22, 2023, to be surreplies.

Neither the Federal Rules of Civil Procedure nor the Local Rules contemplate the filing of a surreply. *See* Local Rule 230(*l*). No further briefing on Defendants' motion for summary judgment is permitted absent leave of Court. The Court did not grant Plaintiff leave to file any surreply and the Court does not desire any further briefing on the motion. Therefore, Plaintiff's surreplies will be stricken. Plaintiff's motions or requests for an evidentiary hearing will be denied without prejudice. Should the Court find there is a need for an evidentiary hearing, the Court will set the matter for hearing at a later date, if necessary.

## III.    CONCLUSION AND ORDER

For the reasons set forth above, **IT IS ORDERED** that:

1. Plaintiff's surreplies (Docs. 114 & 115) are HEREBY STRICKEN from the record;
2. Plaintiff's motions or requests for an evidentiary hearing (Docs. 114 & 115) are DENIED without prejudice; and
3. Defendants' motion for summary judgment will be addressed in due course. No further briefing is permitted.

IT IS SO ORDERED.

Dated:   **June 23, 2023**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE